# Exhibit A



### Give your child a "vitamin" for their brain every day!

The school-age years bring a whole new set of challenges for young children. Ensuring that they get the proper amount of rest and eat a healthy diet is key. Supplementing their diet with DHA, an Omega-3 fatty acid and essential brain nutrient, will help keep your child's brain functioning at its best.*

BrainStrong™ Kids great tasting gummies contain life'sDHA™, the same brand of DHA found in infant formula. Since most kids don't eat the foods that naturally contain DHA, a supplement containing DHA is especially important to help promote optimal brain function.*

## Supplement Facts
Serving Size: One (1) Gummy          Servings Per Container: 30

|  | Amount Per Serving | % DV 3 years of age | % DV 4+ years of age |
|---|---|---|---|
| Calories | 5 | | |
| Carbohydrates | 1g | 0% | 0% |
| Sugars | 1g | | |
| Vitamin A (Palmitate) | 2500 IU | 100% | 50% |
| Vitamin C (as Ascorbic Acid) | 60 mg | 150% | 100% |
| Vitamin D3 (as Cholecalciferol) | 200 IU | 50% | 50% |
| Vitamin E (as dl-tocopherol acetate) | 10 IU | 100% | 33% |
| Riboflavin (Vitamin B2) | 1.6 mg | 200% | 94% |
| Vitamin B6 (Pyridoxine HCl) | 1.5 mg | 190% | 75% |
| Pantothenic Acid (as d-panthenol) | 5 mg | 100% | 50% |
| DHA (docosahexaenoic acid from algal oil) | 100 mg | † | † |

**Percent Daily Values based on a 2,000 calorie diet.  † Daily Value not established.

Other ingredients: Glucose syrup, sugar, gelatin, dextrose, orange flavor, soy lecithin, lemon flavor, mixed carotenes (containing glycerol, coconut oil), citric acid, malic acid, glazing agent (fractionated coconut oil and/or palm kernel oil, coconut oil, and high oleic sunflower oil, and carnauba wax), sunflower oil, anthocyanins, water.

**Directions:** For children 3+ years of age, chew one gummy daily. Not intended for children under 3 years of age due to risk of choking. THIS PRODUCT IS INTENDED FOR USE UNDER ADULT SUPERVISION ONLY. KEEP OUT OF REACH OF CHILDREN.

Distributed by Amerifit, Inc. Cromwell, CT 06416. Made in the United Kingdom.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

life'sDHA™ is from an all-natural, vegetarian source of DHA; not fish. You get the benefits of DHA without the worry of ocean-borne pollutants and toxins potentially found in certain fish. From start to finish, life'sDHA™ is produced in an FDA-inspected facility with controls in place to ensure the highest quality product.

Tamper evident: Do not use if blister foil or seal is open or damaged. Store at room temperature. Do not expose to excessive heat, humidity or direct sunlight.

For questions, concerns, or to report an adverse event, please call (800) 722-3476.  www.brainstrongdha.com

life'sDHA™ is a trademark of Martek Biosciences Corporation.

© Amerifit, Inc. 2011

BKBM6105-2

CR314/1



NATURAL DHA DAILY SUPPLEMENT

# brainstrong™

powered by life'sDHA™

**NEW!**

## TODDLER

Supports brain development and function*

Contains the same brand of DHA found in infant formula

Flavorless, convenient to use

not actual size

**30** 100mg DHA packets

*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.



### Supplement Facts
Serving Size: One (1) Packet
Servings Per Container: 30

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 10 | |
| Calories from fat | 5 | |
| Total fat | 0.5 g | 1%** |
| Sodium | 10 mg | 0% |
| Total carbohydrate | 1g | 0% |
| DHA (docosahexaenoic acid from algal oil) | 100 mg | † |
| Vitamin C | 90 mg | 150% |

**Percent Daily Values based on a 2,000 calorie diet.
† Daily Value not established.

Other ingredients: Gelatin, sugar, corn starch, arachidonic acid oil, sodium ascorbate, soy lecithin.
**Contains fish and soy.**

Directions: For children ages 1-3 years - One (1) packet of BrainStrong Toddler per day.

As with any nutritional supplement, please inform your healthcare professional before use.
Distributed by **Amerifit, Inc.** 55 Sebethe Drive, Cromwell, CT 06416
© Amerifit, Inc. 2010

For best results, mix one packet of BrainStrong Toddler into the following foods:

| | |
|---|---|
| 4 oz. yogurt | 1/3 cup mac-n-cheese |
| 4 oz. pudding | 1/4 cup mashed potatoes |
| 1/2 cup oatmeal | 1 cup 2% milk |

For questions, concerns, or to report an adverse event, please call (800) 722-3476. www.brainstrongdha.com





# brainstrong™
powered by life'sDHA™

## Give your child a boost during this intense period of growth and development!

DHA is an Omega 3 fatty acid that is vital for brain and eye development not only during infancy but throughout your child's developmental years.* Since your child is no longer breast or bottle-feeding, they may not be receiving the amount of DHA that he or she needs.

BrainStrong™ Toddler contains life'sDHA™, the same safe and natural DHA found in infant formula, to help meet your child's continuous need for DHA during this intense period of growth and development.* Since most kids don't eat the foods that naturally contain DHA, a DHA supplement is especially important during this time. Flavorless and convenient to use, just sprinkle BrainStrong Toddler on your little one's favorite foods daily and give them an added boost they need.

life'sDHA™ is from an all-natural, vegetarian source of DHA; not fish. You get the benefits of DHA without the worry of ocean-borne pollutants and toxins potentially found in certain fish. From start to finish, life'sDHA™ is produced in an FDA-inspected facility with controls in place to ensure the highest quality product.

life'sDHA™ is a trademark of Martek Biosciences Corporation.

Keep out of reach of children.
Tamper evident: Powder sealed in packet. Do not use if packet is torn, open or damaged.
Store at room temperature. Do not expose to excessive heat, humidity or direct sunlight.

BTBM6104-1

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

brainstrong™ powered by life'sDHA™

4
015357-1
12/10



LOT 1116GB5U5 EXP 10/12

0  92961 02004  3

NATURAL DHA DAILY SUPPLEMENT

# bräinstrong™
powered by life'sDHA

**NEW!**

**ADULT**

Clinically shown to improve memory*†

Naturally supports mental clarity*

Helps protect against normal cognitive decline as we age*

not actual size

**90** 300mg DHA softgels

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

---

# bräinstrong™
powered by life'sDHA

## Strengthen your brain and boost your short-term memory, naturally!*

Maintaining a healthy brain as you age is easier than you think. Regular exercise, getting enough sleep and eating a healthy, well-balanced diet with a sufficient amount of the omega-3, DHA will certainly help. DHA is the healthy fatty acid that helps keep our brains running optimally as we age.* In fact, 97% of the omega-3 fats in the brain are DHA. Just like we need calcium for strong bones, we need DHA for strong brains.

BrainStrong™ Adult is uniquely formulated with *life'sDHA*™, the only source of DHA clinically shown to improve memory in adults over 55, plus L-theanine and green tea extract to naturally support mental sharpness and energy.*† Taken as directed, BrainStrong™ Adult will naturally protect your brain against normal cognitive decline associated with aging as well as enhance your mental clarity.*

*life'sDHA*™ is from an all-natural, vegetarian source of DHA; not fish. You get the benefits of DHA without the worry of ocean-borne pollutants and toxins potentially found in certain fish. From start to finish, *life'sDHA*™ is produced in an FDA-inspected facility with controls in place to ensure the highest quality product.

*life'sDHA*™ is a trademark of Martek Biosciences Corporation.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

BABM6106-1